IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MARCUS D. JACKSON,**

    **Petitioner,**

**v.**                                                                                      Case No. 3:25-cv-2229-AW-MJF

**RICKY DIXON,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's report and recommendation. ECF No. 6. No objections have been filed. I have determined the report and recommendation should be adopted. It is now ORDERED:

1. The report and recommendation (ECF No. 6) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "The § 2254 petition is dismissed without prejudice for lack of jurisdiction."

3. The clerk will close the file.

SO ORDERED on December 15, 2025.

                                                                     s/ *Allen Winsor*
                                                                      Chief United States District Judge